# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARLENA MEYERS,<br><br>　　　Plaintiff,<br><br>vs.<br><br>ALLIED UNIVERSAL and RODNEY J. SMITH, individually,<br><br>　　　Defendants. | Case No. 1:21-cv-01812<br><br>Honorable Christopher Conner |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

　　Plaintiff, Darlena Meyers, and Defendants, Allied Universal and Rodney J. Smith, individually, by their undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree that the above-captioned action is dismissed with prejudice, each party to bear their own costs.

Respectfully submitted,

| | |
|---|---|
| /s/ *Jeremy Donham*　　　　　．<br>Jeremy Donham, Esq.<br>Donham Law<br>P.O. Box 487<br>Dellslow, WV  26531<br>(717) 881-7855<br><br>Attorneys for Plaintiff | /s/ *Renee C. Mattei Myers*　　　．<br>Renee C. Mattei Myers, Esq.<br>Tricia S. Springer, Esq.<br>Eckert Seamans Cherin & Mellott, LLC<br>213 Market Street, 8th Floor<br>Harrisburg, PA  17101<br>717-237-7163<br><br>Attorneys for Defendants |

Dated:  January 14, 2022

101178199.1

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE was electronically filed on January 14, 2022, using this Court's electronic case filing system, CM/ECF, which sent electronic or other notifications of such filing to all counsel of record in this case, and satisfies the service requirements of the Federal Rules of Civil Procedure.

/s/ *Renee C. Mattei Myers*
Renee C. Mattei Myers